# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 2, 2026

Before
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| Nos. 26-1354 & 26-1371 | ILLINOIS BANKERS ASSOCIATION, et al.,<br>      Plaintiffs – Appellants, Cross - Appellees<br>v.<br><br>KWAME RAOUL,<br>      Defendant – Appellee, Cross - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-07307<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

Upon consideration of the **UNOPPOSED MOTION OF PLAINTIFFS-APPELLANTS-CROSS-APPELLEES FOR ENTRY OF BRIEFING SCHEDULE AND TO EXPEDITE APPEAL**, filed on February 27, 2026, by counsel for the appellants/cross-appellees,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will be expedited as follows:

1. Plaintiffs shall file their opening brief and required short appendix in the main appeal docketed as No. 26-1354 on or before March 6, 2026.

2. Defendant shall file their combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal docketed as No. 26-1371 on or before April 3, 2026.

3. Plaintiffs shall file their reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before April 17, 2026.

4. Defendant shall file their reply brief, if any, in the cross-appeal on or before May 1, 2026.

Oral argument in this matter will be held during the week of May 11-15 or May 18-22 and will be scheduled by separate court order.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_3J**    (form ID: **177**)