Nos. 26-1354, 26-1371, 26-1440, 26-1441

––––––––––––––––––––––––––

In the

# United States Court of Appeals
## for the Seventh Circuit

––––––––––––––––––––––––––

ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS & ILLINOIS CREDIT UNION LEAGUE,

*Plaintiffs-Appellants-Cross-Appellees,*

v.

KWAME RAOUL, in his official capacity as Illinois Attorney General,

*Defendant-Appellee-Cross-Appellant.*

––––––––––––––––––––––––––

On Appeal from the United States District Court
For the Northern District of Illinois, Case No. 24-cv-7307
Honorable Virginia M. Kendall, *Chief United States District Judge*

––––––––––––––––––––––––––

**PARTIES' JOINT STATEMENT RESPONDING TO
THE COURT'S FEBRUARY 25, 2026 ORDER**

––––––––––––––––––––––––––

The parties jointly write in response to this Court's February 25, 2026 order directing them to "file, on or before March 11, 2026, a statement advising the court whether they will request in the district court that the terms of the injunction be set out in a separate document." (No. 26-1354 Dkt. 3.) The parties hereby report that, following their request, the district court on February 27, 2026 issued an Order Entering a Permanent Injunction stating the terms of the injunction in a standalone document. (Dkt. 194.)

Dated: March 11, 2026

Boris Bershteyn
Kamali P. Willett
Sam Auld
Skadden, Arps, Slate,
Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Telephone: 212-735-3000
boris.bershteyn@skadden.com
kamali.willett@skadden.com
sam.auld@skadden.com

Respectfully submitted,

*/s/ Charlotte H. Taylor*
Charlotte H. Taylor
Anthony J. Jeffries
    Counsel of Record
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: 202-879-3939
ctaylor@jonesday.com
ajjeffries@jonesday.com

Matthew J. Rubenstein
JONES DAY
90 S. Seventh St., Suite 4950
Minneapolis, MN 55402
Telephone: 612-217-8846
mrubenstein@jonesday.com

*Attorneys for Plaintiffs-Appellants-Cross-Appellees*

_/s/ Carson Griffis_
Carson Griffis
Assistant Attorney General
115 South LaSalle Street
Chicago, IL 60603
(312) 814-2447 (office)
(773) 505-5282 (cell)
Carson.Griffis@ilag.gov

_Attorney for Defendant-Appellee-Cross-Appellant_