## JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number: +1.202.879.3872
CTAYLOR@JONESDAY.COM

March 11, 2026

Office of the Clerk
Unites States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

        Re:    Attorney Availability in *Illinois Bankers Association v. Raoul*,
                       Nos. 26-1354, 26-1371, 26-1440, 26-1441

Dear Clerk of Court,

      Pursuant to Seventh Circuit Rule 34(b)(3), I write to inform the Court that I am unavailable for argument on May 11 and 12 due to hearings associated with the commencement of a civil trial in the U.S. District Court for the Southern District of New York. Thank you for your consideration.

                 Sincerely,

                 Charlotte H. Taylor

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON