Nos. 26-1354, 26-1371, 26-1440, 26-1441 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS, and ILLINOIS CREDIT UNION LEAGUE, | ) ) ) ) ) | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| Plaintiffs-Appellants/ Cross-Appellees, | ) ) ) | No. 1:24-cv-07307 |
| v. | ) ) | |
| KWAME RAOUL, in his official capacity as Illinois Attorney General, | ) ) ) | |
| Defendant-Appellee/ Cross-Appellant. | ) ) ) | The Honorable VIRGINIA M. KENDALL, Chief Judge Presiding. |

**UNOPPOSED MOTION OF DEFENDANT-APPELLEE/CROSS-APPELLANT TO RESCHEDULE ORAL ARGUMENT**

Defendant-Appellee/Cross-Appellant Kwame Raoul, in his official capacity as

Illinois Attorney General, moves this court unopposed to reschedule the oral

argument in this case for another date in the May sitting. In support, Defendant-

Appellee/Cross-Appellant state as follows and submit the attached declaration.

1.      On March 2, 2026, this court entered an order granting Plaintiffs-

Appellants/Cross-Appellees' unopposed motion to expedite this appeal, stating that

oral argument will be held during the week of May 11-15 or May 18-22 and would be

scheduled by separate order.

2. On March 18, 2026, counsel for Defendant-Appellee/Cross-Appellant filed an argument availability notice requesting that the court not schedule oral argument on May 22, 2026, because counsel had a pre-planned, non-refundable vacation scheduled for May 22 through 26, 2026. 7th Cir. Doc. 42.

3. On March 31, 2026, this court entered an order scheduling oral argument for May 22, 2026.

4. Defendant-Appellee/Cross-Appellant respectfully requests that this court reschedule oral argument in this matter to a date between May 11 and 15 or May 18 and 21 so that his counsel will be able to argue the case.

5. This request to reschedule oral argument is made in good faith and with respect for the court's schedule, and not for any improper purpose.

6. Counsel for Plaintiffs-Appellants/Cross-Appellees have indicated that they do not oppose this motion.

Wherefore, Defendant-Appellee/Cross-Appellant respectfully requests that this court reschedule oral argument for a date between May 11 and 15 or May 18 and 21.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:   /s/ Carson R. Griffis
CARSON R. GRIFFIS
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2447 (office)
(773) 505-5282 (cell)
Carson.Griffis@ilag.gov

# DECLARATION

I, Carson R. Griffis, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I represent Defendant-Appellee/Cross-Appellant Kwame Raoul, in his official capacity as Illinois Attorney General in these consolidated appeals docketed as Nos. 26-1354, 26-1371, 26-1440, 26-1441.

3. On March 18, 2026, I filed a letter requesting that this court not schedule oral argument on May 22, 2026, because I have a pre-planned, non-refundable vacation scheduled for May 22 through 26, 2025.

4. On March 31, 2026, this court scheduled oral argument for May 22, 2026.

5. I respectfully request that this court reschedule oral argument for May 11-15 or May 18-21 so that I can represent Defendant-Appellee/Cross-Appellant at oral argument.

6. The foregoing request to reschedule oral argument is made in good faith and with respect for the court's schedule, and not for any improper purpose.

7.     Counsel for Plaintiffs-Appellants/Cross-Appellees have indicated that they do not oppose this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 31, 2026.

/s/ Carson R. Griffis
CARSON R. GRIFFIS
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2447 (office)
(773) 505-5282 (cell)
Carson.Griffis@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 31, 2026, I electronically filed the foregoing Unopposed Motion of Defendant-Appellee/Cross-Appellant for Extension of Time to File Brief with the Clerk of United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

| | |
|---|---|
| Charlotte Taylor<br>ctaylor@jonesday.com | Jillian Stonecipher<br>jstonecipher@sidley.com |
| Matthew Alexander Schwartz<br>schwartzmatthew@sullcrom.com | Matthew J. Rubenstein<br>mrubenstein@jonesday.com |
| Oluwalani Oisamoje Oisaghie<br>olu.oisaghie@wilmerhale.com | Samuel Joshua McHale<br>sam.mchale@wilmerhale.com |
| Noah A. Levine<br>noah.levine@wilmerhale.com | Kyle H. Keraga<br>KHKeraga@Venable.com |
| Hannah Hicks<br>hannah.hicks@occ.treas.gov | Sean Joseph Byrnes Franzblau<br>sjfranzblau@venable.com |
| Christopher A. Eiswerth<br>ceiswerth@sidley.com | H. Rodgin Cohen<br>cohenhr@sullcrom.com |
| Michaela R. Bevan<br>MRBevan@Venable.com | Boris Bershteyn<br>boris.bershteyn@skadden.com |
| Megan Barbero<br>MBarbero@Venable.com | Kwaku A. Akowuah<br>kakowuah@sidley.com |

By: /s/ Carson R. Griffis
CARSON R. GRIFFIS
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2447 (office)
(773) 505-5282 (cell)
Carson.Griffis@ilag.gov