# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 6, 2026

*By the Court*:

|  | ILLINOIS BANKERS ASSOCIATION, et al.,<br>Plaintiffs – Appellants/Cross – Appellees |
|---|---|
| Nos. 26-1354, 26-1371, 26-1440 & 26-1441 | v.<br><br>KWAME RAOUL,<br>Defendant – Appellee/Cross – Appellant |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-07307<br>Northern District of Illinois, Eastern Division<br>Chief District Judge Virginia M. Kendall | |

Upon consideration of the **UNOPPOSED MOTION OF DEFENDANT-APPELLEE/CROSS-APPELLANT TO RESCHEDULE ORAL ARGUMENT**, filed on March 31, 2026, by counsel for the appellee/cross-appellant,

**IT IS ORDERED** that the motion is **GRANTED**, and oral argument in this appeal, scheduled for May 22, 2026, is **VACATED**. Oral argument will be rescheduled by separate order.

form name: **c7_Order_Arg_M_O_Vac**     (form ID: **224**)