# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

April 29, 2026

*By the Court:*

| | |
|---|---|
| | ILLINOIS BANKERS ASSOCIATION, et al.,<br>　　　　　Plaintiffs – Appellants, Cross – Appellees |
| Nos. 26-1354, 26-1371, 26-1440, & 26-1441 | v. |
| | KWAME RAOUL,<br>　　　　　Defendant – Appellee, Cross – Appellant |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-07307<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

Upon consideration of the **PLAINTIFFS-APPELLANTS-CROSS-APPELLEES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING**, filed on April 29, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the parties shall file simultaneous supplemental briefs containing no more than 3,900 words on or before May 6, 2026.

form name: **c7_Order_BTC**　(form ID: **178**)