# In the United States Court of Appeals for the Seventh Circuit

ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS & ILLINOIS CREDIT UNION LEAGUE,

*Plaintiffs-Appellants-Cross-Appellees*,

*v.*

KWAME RAOUL, in his official capacity as Illinois Attorney General,

*Defendant-Appellee-Cross-Appellant.*

On Appeal from the United States District Court
for the Northern District of Illinois, No. 24-cv-7307

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF BY AMICI CURIAE ILLINOIS RETAIL MERCHANTS ASSOCIATION, ILLINOIS FUEL AND RETAIL ASSOCIATION, NATIONAL ASSOCIATION OF CONVENIENCE STORES, NATIONAL RETAIL FEDERATION, AND FOOD MARKETPLACE, INC. DBA FMI—THE FOOD INDUSTRY ASSOCIATION

Rick Eberstadt
Jonathan E. DeWitt
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW,
Suite 700
Washington, DC 20001
(512) 693-8350

Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
629 W. Main Street
Oklahoma City, OK 73102
(512) 693-8350
mithun@lkcfirm.com

Amici Curiae Illinois Retail Merchants Association, Illinois Fuel and Retail Association, National Association of Convenience Stores, National Retail Federation, and Food Marketplace, Inc. d/b/a FMI-The Food Industry Association (the "Merchant Amici") respectfully move, under Federal Rule of Appellate Procedure 27(a)(1), for leave to file a brief as part of the supplemental briefing ordered by this Court addressing the recent interim final rule and interim final order promulgated by the Office of the Comptroller of the Currency (OCC). In support of this motion Merchant Amici state:

1.     On April 28, 2026, the *amicus curiae* OCC filed a letter under Rule 28(j) without leave of court. Dkt. 84. The letter notified the Court of an interim final order and an interim final rule promulgated by that agency, that collectively constituted 47 pages arguing that receiving interchange fees set by card networks was part of the powers granted to banks by the National Bank Act and that the Illinois law challenged in this case is therefore preempted. Dkt. 84-2 & 84-3.

2.     The next day, the Appellant banks sought supplemental briefing on the interim rule and interim order. Dkt. 85. The banks claimed that

supplemental briefing was necessary in part because the interim rule amended an OCC regulation that had "been addressed at length by the Attorney General's *amici*," including the Merchant Amici. *Id.* at 4-5.

3.      This Court granted the banks' motion in part, ordering that the "parties shall file simultaneous supplemental briefs containing no more than 3,900 words on or before May 6, 2026." Dkt. 86.

4.      Throughout this litigation, Merchant Amici have leveraged their expertise in interchange fees to assist the district court and this Court in resolving the principal issue in this case: whether Illinois' limitation on interchange fees is preempted by the National Bank Act. Addressing that issue requires this Court to "make a practical assessment of the nature and degree of the interference caused by" the state law, and as the entities that pay the interchange fees at issue, merchants can aid in that practical assessment. *Cantero v. Bank of Am., N. A.*, 602 U.S. 205, 219-20 (2024). Merchant Amici thus filed an amicus brief in the district court, were permitted to participate at the summary judgment hearing that resulted in this appeal, filed an amicus brief in this case, and made arguments that formed part of the basis for the banks'

request for supplemental briefing. Accordingly, Merchant Amici believe they can assist this Court in determining what relevance, if any, the OCC's late-breaking regulations have on this appeal.

5. Because argument in this case is quickly approaching, Merchant Amici have attached as Exhibit A to this motion the brief that the Merchant Amici propose to file. The proposed brief contains half of the words that this Court allowed to the parties, consistent with Rule 29(a)(5).

6. The Appellee, the Attorney General, consents to this motion. The Appellants, the banks, oppose this motion.

May 6, 2026

Respectfully submitted,

/s/ *Mithun Mansinghani*

Rick Eberstadt
Jonathan E. DeWitt
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW,
Suite 700
Washington, DC 20001
(512) 693-8350

Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
629 W. Main Street
Oklahoma City, OK 73102
(512) 693-8350
mithun@lkcfirm.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

On May 6, 2026, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ *Mithun Mansinghani*
Mithun Mansinghani

## CERTIFICATE OF COMPLIANCE

This brief complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a) because, excluding the parts of the brief exempted by Rule 32(f), it contains 486 words; and (2) the typeface requirements of Rule 32(a)(5) because it has been prepared in a proportionally spaced typeface (14-point Palatino Linotype) using Microsoft Word (the same program used to calculate the word count).

/s/ *Mithun Mansinghani*
Mithun Mansinghani