# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

May 7, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-1354, 26-1371, 26-1440 & 26-1441 | ILLINOIS BANKERS ASSOCIATION, et al.,<br><br> Plaintiffs – Appellants, Cross – Appelllees,<br>v.<br>KWAME RAOUL,<br><br> Defendant – Appellee, Cross - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-07307<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

The following are before the court:

1.  **MOTION TO FILE THE APPENDED SUPPLEMENTAL BRIEF OF AMICUS CURIAE THE OFFICE OF THE COMPTROLLER OF THE CURRENCY IN SUPPORT OF PLAINTIFFS-APPELLANTS**, filed on May 6, 2026, by counsel for the amicus curiae OCC.

2.  **MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF BY AMICI CURIAE ILLINOIS RETAIL MERCHANTS ASSOCIATION, ILLINOIS FUEL AND RETAIL ASSOCIATION, NATIONAL ASSOCIATION OF CONVENIENCE STORES, NATIONAL RETAIL FEDERATION, AND FOOD MARKETPLACE, INC. DBA FMI-THE FOOD INDUSTRY ASSOCIATION**, filed on May 6, 2026, by counsel for the amici curiae Illinois Merchants.

3.  **RESPONSE BRIEF OF PLAINTIFFS-APPELLANTS-CROSS-APPELLEES IN OPPOSITION TO THE ILLINOIS RETAIL MERCHANTS ASSOCIATION'S MOTION TO FILE A SUPPLMENTAL BRIEF**, filed on May 7, 2026, by counsel for the plaintiffs,

**IT IS ORDERED** that the request from Amicus Curiae Office of the Comptroller of the Currency to file a supplemental brief is **GRANTED**. The clerk shall file instanter the supplemental brief tendered by the Office of the Comptroller of the Currency.

-over-

**IT IS FURTHER ORDERED** that the request from the Amici Merchants to file a supplemental brief is **DENIED**.