# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 8, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-1354, 26-1371, 26-1440 &  26-1441 | ILLINOIS BANKERS ASSOCIATION, et al.,<br><br>  Plaintiffs – Appellants/Cross-Appellees<br><br>v.<br><br>KWAME RAOUL,<br><br>  Defendant - Appellee /Cross-Appellant |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-07307<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

After the district court entered its decision in this case, the Comptroller of the Currency issued an Interim Final Rule, 91 Fed. Reg. 22989, 22994–95 (Apr. 29, 2026), and an order, "Order Preempting the Illinois Interchange Fee Prohibition Act," 91 Fed. Reg. 23150, 23151 (Apr. 29, 2026), bearing on the state statute at issue in these appeals. In supplemental briefs filed in this court, plaintiffs and the Comptroller contend that the Rule and Order require decision in plaintiffs' favor, while the Attorney General of Illinois contends that the Rule and the Order are invalid both procedurally and substantively, and at all events do not affect the appropriate decision on the merits.

The district court should address these matters, and any related issues, before this court attempts to do so. We therefore vacate the judgment of the district court and remand for appropriate further proceedings.

Any further appeals will return to this panel, with supplemental briefs limited to issues newly resolved by the district court.

The oral argument set for May 13 is cancelled. A new date will be assigned if any further appeals are filed.