Nos. 26-1354, 26-1371, 26-1440, 26-1441

---

## In the

# United States Court of Appeals
## for the Seventh Circuit

---

ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS & ILLINOIS CREDIT UNION LEAGUE,

*Plaintiffs-Appellants-Cross-Appellees,*

v.

KWAME RAOUL, in his official capacity as Illinois Attorney General,

*Defendant-Appellee-Cross-Appellant.*

---

On Appeal from the United States District Court
For the Northern District of Illinois, Case No. 24-cv-7307
Honorable Virginia M. Kendall, *Chief United States District Judge*

---

**PLAINTIFFS-APPELLANTS-CROSS-APPELLEES' MOTION FOR IMMEDIATE ISSUANCE OF THE MANDATE**

---

Boris Bershteyn
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: 212-735-3000
boris.bershteyn@skadden.com

Charlotte H. Taylor
 *Counsel of Record*
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: 202-879-3939
ctaylor@jonesday.com

*Counsel for Plaintiffs-Appellants-Cross-Appellees*
*Additional Counsel listed in signature blocks at end of Motion*

Plaintiffs-Appellants-Cross-Appellees respectfully request that the Court issue its mandate immediately pursuant to Federal Rule of Appellate Procedure 41(b) to allow the district court to promptly undertake the analysis that this Court ordered when vacating and remanding the appeal. The Illinois Interchange Fee Prohibition Act has a statutory effective date of July 1, and the default 21 day wait for the mandate to issue, Fed. R. App. P. 41(b), would disrupt the District Court's and this Court's ability to provide clarity prior to the statutory effective date by delaying remand proceedings until May 29. Immediate issuance of the mandate is necessary to allow the District Court to act more quickly. *See Kusay v. United States*, 62 F.3d 192, 196 (7th Cir. 1995) ("The way to expedite proceedings after an appellate decision is to seek early issuance of the mandate.").

The Attorney General consents to this motion. For that reason, there is no risk of prejudice from expediting issuance of the mandate. No party intends to seek rehearing of this Court's order vacating and remanding for the District Court to address first the new issues that have arisen. So the reason for the 21-day baseline rule does not apply here.

# CONCLUSION

For those reasons, Plaintiffs respectfully request immediate issuance

of the mandate in this case.

Dated: May 11, 2026                 Respectfully submitted,

                                    /s/ Charlotte H. Taylor

Boris Bershteyn                     Charlotte H. Taylor
Kamali P. Willett                       *Counsel of Record*
Sam Auld                            Anthony J. Jeffries
SKADDEN, ARPS, SLATE,               JONES DAY
MEAGHER & FLOM LLP                  51 Louisiana Avenue, NW
One Manhattan West                  Washington, DC 20001
New York, NY 10001                  Telephone: 202-879-3939
Telephone: 212-735-3000             ctaylor@jonesday.com
boris.bershteyn@skadden.com         ajjeffries@jonesday.com
kamali.willett@skadden.com
sam.auld@skadden.com                Matthew J. Rubenstein
                                    JONES DAY
                                    90 S. Seventh St., Suite 4950
                                    Minneapolis, MN 55402
                                    Telephone: 612-217-8846
                                    mrubenstein@jonesday.com

*Attorneys for Plaintiffs-Appellants-Cross-Appellees*

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with (1) the type-volume limitation of Federal Rule of Appellate Procedure 27 because, as calculated by Word for Microsoft 365, it contains 213 words, excluding the items exempted by Federal Rule of Appellate Procedure 32(f); and (2) the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface using Word for Microsoft 365 in a 14-point Book Antiqua font.

Dated: May 11, 2026                    */s/ Charlotte H. Taylor*
                                       Charlotte H. Taylor

## CERTIFICATE OF SERVICE

In accordance with Circuit Rule 25(a), I hereby certify that on May 11, 2026, I electronically filed Plaintiffs-Appellants-Cross-Appellees' Motion for Immediate Issuance of the Mandate with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 11, 2026                    */s/ Charlotte H. Taylor*
                                       Charlotte H. Taylor